IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANK J. DOMBOS,

        Petitioner,

v.                                                   CIV 09-0200 JB/GBW

Warden, W.N.M.C.F.,
ATTORNEY GENERAL
OF THE STATE OF NEW
MEXICO,

        Respondents.

## ORDER

This matter is before the Court on Petitioner Dombos Motion for Order for Judicial Notice (*Doc. 25*). Petitioner filed his Motion for Order of Judicial Notice believing that Respondents had not timely filed their Answer with this Court. *See Doc. 25*. Respondents did in fact file their Answer by the June 8, 2009, deadline. *Doc. 23*. Petitioner did not receive service of this Answer until June 23, 2009, because Respondents originally issued service to Dombos' old address of record. *See Doc. 26*. Accordingly, Petitioner's Motion shall be **DENIED**.

Wherefore,

        **IT IS HEREBY ORDERED THAT:**

Petitioner's Motion for Order for Judicial Notice shall be **DENIED**.

_____
UNITED STATES MAGISTRATE JUDGE